No. 991. KAY *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE CARDOZO took no part in the consideration or decision of this application. *Mr. Wm. S. Culbertson* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. Wm. W. Barron* for the United States.

No. 924. NATIONAL CITY BANK *v.* PHILIPPINE ISLANDS. June 1, 1937. Petition for writ of certiorari to the Supreme Court of the Philippine Islands granted. *Mr. Carl A. Mead* for petitioner. *Messrs. Harry B. Hawes, Raymond A. Walsh,* and *Bon Geaslin* for respondent.

No. 945. WOODRING, SECRETARY OF WAR, ET AL. *v.* CLARKSBURG-COLUMBUS SHORT ROUTE BRIDGE Co. June 1, 1937. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General Reed* for petitioners. *Mr. George D. Horning, Jr.,* for respondent.

No. 946. AETNA INSURANCE Co. *v.* ILLINOIS CENTRAL R. Co. June 1, 1937. Petition for writ of certiorari to the Supreme Court of Illinois granted. *Messrs. Melvin L. Griffith* and *George M. Stevens* for petitioner. *Messrs. John W. Freels, Edward C. Craig,* and *Charles A. Helsell* for respondent.

No. 960. SMYTH, EXECUTOR, *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Court

of Claims granted. *Mr. Robert A. Taft* for petitioner. No appearance for the United States.

No. 961. DIXIE TERMINAL CO. *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Court of Claims granted. *Mr. Robert A. Taft* for petitioner. *Solicitor General Reed* for the United States.

No. 963. PHILLIPS-JONES CORP. ET AL. *v.* PARMLEY ET AL. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Robert T. McCracken* and *Herman Goldman* for petitioners. No appearance for respondents.

No. 986. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* PALMER. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Reed* for petitioner. *Messrs. Robert G. Dodge* and *Harold S. Davis* for respondent.

No. 993. TEXTILE MACHINE WORKS *v.* LOUIS HIRSCH TEXTILE MACHINES, INC. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. William A. Smith, Jr.,* and *Hubert Howson* for petitioner. *Mr. Samuel E. Darby, Jr.,* for respondent.